## LUCENT TECHNOLOGIES, INC., Plaintiff–Appellee,

and

**Multimedia Patent Trust, Plaintiff,**

v.

**GATEWAY, INC.,** Gateway Country Stores LLC, Gateway Companies, Inc., Cowabunga Enterprises, Inc., and Gateway Manufacturing LLC, Defendants,

and

**Dell, Incorporated, Defendant– Appellant,**

and

**Microsoft Corporation, Defendant,**

and

**Dell Computer Corporation, Defendant,**

and

**Lucent Technologies Guardian I LLC, Defendant.**

No. 2007–1339.

United States Court of Appeals, Federal Circuit.

May 15, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).